# EXHIBIT B



Attorney/Firm: MCELROY DEUTSCH MULVANEY & CARPENTER/PH (101812)    E-Mail: library@pepehazard.com   Logout

**Hide Instructions**                    You have successfully e-filed!

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Civil/Family/Housing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[Print This Page]

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | MMX-CV-17-6018316-S |
| **Case Name:** | TREAT-PERRY, LISA v. SEA RESEARCH FOUNDATION, INC. D/B/A MYSTIC AQUARIU Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Aug-7-2017 |
| **Motion/Pleading by:** | MCELROY DEUTSCH MULVANEY & CARPENTER/PH (101812) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Monday, August 07, 2017 2:16:09 PM |

[E-File Another Pleading/Motion/Other document on this Case]

[Return to Civil / Family Menu]    [Return to Case Detail]

Copyright © 2017, State of Connecticut Judicial Branch

| | |
|---|---|
| DOCKET NO: MMX-CV-17-6018316-S | : SUPERIOR COURT |
| | : |
| LISA TREAT-PERRY | : JUDICIAL DISTRICT OF |
| | : MIDDLESEX |
| v. | : |
| | : AT MIDDLETOWN |
| | : |
| SEA RESEARCH FOUNDATION, INC. d/b/a | : |
| MYSTIC AQUARIUM and MYSTIC AQUARIUM | : AUGUST 7, 2017 |

## NOTICE TO SUPERIOR COURT OF REMOVAL

**PLEASE TAKE** NOTICE that the Defendants, Sea Research Foundation, Inc. d/b/a Mystic Aquarium and Mystic Aquarium, have filed a Notice of Removal and supporting papers with the United States District Court for the District of Connecticut for removal of this action thereto. The basis for removal of this action is 28 U.S.C. § 1441(a).

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446(d), the State Court is to proceed no further in this case unless the case is remanded back to this State Court by order of the United States District Court.

DEFENDANTS:
SEA RESEARCH FOUNDATION, INC. d/b/a
MYSTIC AQUARIUM AND MYSTIC AQUARIUM

By: _____
Bernard E. Jacques
McElroy, Deutsch, Mulvaney & Carpenter, LLP
One State Street, 14th Floor
Hartford, CT 06103
Tel: (860) 522-5175
Fax: (860) 522-2796
Juris No. 101812
bjacques@mdmc-law.com

234446/0002/1451804v1
08/07/17-HRT

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 7th day of August, 2017 to all counsel and parties of record as follows:

**COUNSEL FOR PLAINTIFF:**
James F. Sullivan, Esq.
Christopher M. Harrington, Esq.
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT  06126-1798
Tel: (860) 525-3101
jfs@hksflaw.com
cmh@hksflaw.com

_____
Bernard E. Jacques

2