UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TREAT-PERRY | : | CIVIL ACTION NO. |
| Plaintiff | : | |
| v. | : | |
| SEA RESEARCH FOUNDATION, INC. d/b/a MYSTIC AQUARIUM and MYSTIC AQUARIUM | : | |
| Defendants | : | AUGUST 7, 2017 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendants, Sea Research Foundation, Inc. d/b/a Mystic Aquarium and Mystic Aquarium.

DEFENDANTS:
SEA RESEARCH FOUNDATION, INC. d/b/a
MYSTIC AQUARIUM AND MYSTIC AQUARIUM

By: _____
    Bernard E. Jacques (ct12293)
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    One State Street, 14th Floor
    Hartford, CT 06103
    Tel: 860-522-5175
    Fax: 860-522-2796
    bjacques@mdmc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 7th day of August, 2017 to all counsel and parties of record as follows:

**COUNSEL FOR PLAINTIFF:**
James F. Sullivan, Esq.
Christopher M. Harrington, Esq.
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT  06126-1798
Tel: (860) 525-3101
jfs@hksflaw.com
cmh@hksflaw.com

_____
Bernard E. Jacques