UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TREAT-PERRY | : | CIVIL ACTION NO.: |
| Plaintiff | : | 3:17-CV-01330-VAB |
| v. | : | |
| | : | |
| SEA RESEARCH FOUNDATION, INC. | : | |
| d/b/a MYSTIC AQUARIUM and | : | |
| MYSTIC AQUARIUM | : | |
| Defendants | : | September 22, 2017 |

## APPEARANCE

TO:   Clerk, U.S. District Court
915 Lafayette Boulevard - Suite 417
Bridgeport, Connecticut 06604

Please enter the Appearance of CHRISTOPHER M. HARRINGTON of the law firm of Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, Connecticut 06106, Federal Bar No. ct16851, 860-525-3101, as an Attorney for the plaintiff Lisa Treat-Perry in the above-captioned matter.

Respectfully Submitted,
Plaintiff Lisa Treat-Perry

By_____
Christopher M. Harrington, Esq.
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
Fed Bar No: CT16851
(860) 525-3101;
E-mail address: Cmh@hksflaw.com

## CERTIFICATION

      This is to certify that on September 22, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the courts's CM/ECF system. Notice of this filing was also sent by email to the following:

Bernard E. ques, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
One State Street
Hartford, CT 06103-3102

By_____
Christopher M. Harrington
Commissioner of the Superior Court