## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TREAT-PERRY | : | CIVIL ACTION NO.: |
|     Plaintiff | : | 3:17-CV-01330-VAB |
| v. | : | |
| | : | |
| SEA RESEARCH FOUNDATION, INC. | : | |
| d/b/a MYSTIC AQUARIUM and | : | |
| MYSTIC AQUARIUM | : | |
|     Defendants | : | OCTOBER 23, 2017 |

### MOTION FOR WITHDRAWAL OF MOTION TO AMEND AND REMAND

The undersigned is moving to withdraw docket entry no. 14.00 Motion to Amend Complaint and Remand.

                                        LISA TREAT-PERRY

                         By_____ct 12745_____
                           Christopher M. Harrington, Esq.
                           Federal Bar No.:  ct 16851
                           James Sullivan, Esq.
                           Federal Bar No.:  ct 12745
                           Howard, Kohn, Sprague & FitzGerald
                           237 Buckingham Street
                           Hartford, Connecticut 06126-1798
                           (860) 525-3101 Juris No. 28160
                           Her Attorney
                           cmh@hksflaw.com
                           jfs@hksflaw.com

**CERTIFICATION**

      This is to certify that on October 23, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to  anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the courts's CM/ECF system.  Notice of this filing was also sent by email to the following:

Bernard E. Jacques, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
One State Street
Hartford, CT 06103-3102

                                             By_____/s/ 12745_____
                                                     James F. Sullivan
                                                     Commissioner of the Superior Court